**Opinion issued August 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00459-CV

_____

**TRUMBLE AUTO SALES, INC., Appellant**

**V.**

**HARRIS COUNTY TAX ASSESSOR-COLLECTOR, Appellee**

---

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Case No. 2021-50265

---

## MEMORANDUM OPINION

Appellant, Trumble Auto Sales, Inc., has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.